1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   ROBERT E. MORRIS
6

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

11

12 | ROBERT E. MORRIS,           ) Case No.: 2:14-cv-0447-LDG-NJK
                                 ) ORDER GRANTING
13 |         Plaintiff,          ) UNOPPOSED MOTION TO AMEND
                                 ) AND EXTEND BRIEFING
14 |    vs.                      ) SCHEDULE
                                 )
15 |                             )
                                 )
16 | CAROLYN W. COLVIN, Acting   )
                                 )
17 | Commissioner of Social Security, )
                                 )
18 |         Defendant

19

20    Plaintiff Robert E. Morris ("Plaintiff"), through his undersigned counsel of

21 record, requests the approval of the Court, to extend the time for Plaintiff to file

22 Plaintiff's Motion for Reversal and/or Remand to November 24, 2014; and that

23 Defendant shall have until December 24, 2014, to file her opposition, if any is

24 forthcoming.  Any reply by plaintiff will be due January 13, 2015.

25    This is the second request for an extension.  An extension of time is needed

26 because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her

-1-

1  Stage IV breast cancer which metastasized initially to her liver and continues to
2  progress there and in her lungs, throat, and spine which required recent
3  hospitalization to treat.  Counsel requires the additional time to file the Motion for
4  Reversal and/or Remand to allow him to devote the appropriate time to assist his
5  Spouse and his two elementary school aged children through this obviously stressful
6  experience.  Counsel sincerely apologizes to the court for any inconvenience this
7  may have had upon it or its staff.
8      Counsel for defendant has indicated, via e-mail, that this motion to extend
9  the time to file is not opposed.

10 DATE: October 16, 2014,         Respectfully submitted,

11                ROHLFING & KALAGIAN, LLP

13                /s/ *Marc V. Kalagian*
       BY:_____
14            Marc V. Kalagian
              Attorney for plaintiff SHANNON LYONS

16 Of Counsel:

17 Steven G. Rosales
   Attorney at Law

                       ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  October 27, 2014

-2-