# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT E. MORRIS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:14-cv-00447-LDG (NJK)

**ORDER**

    The plaintiff, Robert E. Morris (Morris), brought this action seeking judicial review of the final decision of the defendant Commissioner of Social Security (Commissioner) denying his applications for disability insurance benefits and supplemental security income. Morris has moved pursuant to Fed. R. Civ. Pro. 12 and 56 for Reversal and/or Remand (#16), to which the Commissioner has responded (#17).  The Commissioner has further cross-moved for summary judgment (#18).  Morris neither filed a reply to his motion, nor an opposition or response to the Commissioner's motion.  The Magistrate Judge has filed a Report and Recommendation, and recommends that the Commissioner's motion be granted, and that Morris's motion be denied.  The Magistrate Judge notified the parties that

any objection to the Report and Recommendation must be in writing and filed within 14 days.  Neither party has filed an objection to the Report and Recommendation.

Having considered the pleadings, the moving papers of both parties, and all arguments and evidence presented to the Court, as well as the Report and Recommendation,

THE COURT **HEREBY ADOPTS** the Report and Recommendation;

THE COURT **ORDERS** that the Commissioner of Social Security's Motion for Summary Judgment (#18) is GRANTED;

THE COURT FURTHER **ORDERS** that Robert E. Morris's Motion for Reversal and/or Remand (16) is DENIED.

DATED this 14th day of September, 2015.

Lloyd D. George
United States District Judge

2