UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT E. MORRIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No. 2:14-cv-00447-LDG (NJK)<br><br>**SUMMARY JUDGMENT** |

　　　This matter came before the Court on the defendant Commissioner of Social Security's Motion for Summary Judgment, which motion the Court granted.  Therefore,

　　　THE COURT **ORDERS AND ADJUDGES** that the plaintiff recover nothing, that the action be dismissed on the merits, and that the defendant Carolyn W. Colvin, Acting Commissioner of Social Security, recover costs from the plaintiff Robert E. Morris.

　　　DATED this   14th   day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lloyd D. George
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge